**SNYDER BURNETT EGERER, LLP**
**Jeffrey Y. Choi (SB# 265173)**
**Megan J. McMahon (SB# 324041)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801
jchoi@sbelaw.com
mmcmahon@sbelaw.com

Attorneys for Defendant LQ MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SARAH WEEKS, | Case No. 5:19-cv-01646-JGB-KK |
| Plaintiff, | (San Bernardino County Superior Court Case No. CIVDS1910953) |
| v. | |
| LA QUINTA HOLDINGS INC.; LQ MANAGEMENT, L.L.C.; and DOES 1 through 25, inclusive, | **STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)** |
| Defendants. | [Filed concurrently with [Proposed] Order] |
| _____/ | |

**IT IS HEREBY STIPULATED AND AGREED**, by the parties through their counsel of record, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

///

///

///

1

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)**

| | | |
|---|---|---|
| 1 | Dated: December 23, 2021 | SNYDER BURNETT EGERER, LLP |
| 2 | | |
| 3 | | */s/ Jeffrey Y. Choi* |
| | | _____ |
| 4 | | By:  Jeffrey Y. Choi / Megan J. McMahon |
| | | Attorneys for Defendant LQ |
| 5 | | MANAGEMENT, LLC |
| 6 | | |
| 7 | Dated: December 23, 2021 | DOWNTOWN L.A. LAW GROUP |
| 8 | | _*/s/ Anthony Werbin* |
| | | _____ |
| 9 | | By:  Anthony Werbin |
| 10 | | Attorney for Plaintiff SARAH WEEKS |

**SNYDER BURNETT**
**EGERER, LLP**
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

2

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)**

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed by the firm of Snyder Burnett Egerer, LLP, in the County of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is 5383 Hollister Avenue, Suite 240, Santa Barbara, California 93111.

On December 23, 2021 I served the foregoing document(s) described as **STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)** on all parties of record in this action by placing a true and correct copy thereof in a sealed envelope or package addressed as follows:

**Anthony Werbin**  *Attorneys for Plaintiff*
**Farid Yaghoubtil**  *SARAH WEEKS*
**DOWNTOWN L.A. LAW GROUP**
601 N. Vermont Avenue
Los Angeles, CA 90004

\_\_\_ I caused such envelope or package with postage thereon fully prepaid to be placed in the United States mail at Santa Barbara, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day from the date of deposit for mailing in the affidavit.

__X__ I caused the foregoing document to be sent to the persons at the electronic notification address(es) designated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on December 23, 2021 at Santa Barbara, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Angela M. Benson*
_____
Angela M. Benson